1  JAMES J. WARNER, ESQ., CSBN 63137
2  **LAW OFFICES OF JAMES J. WARNER**
3  3233 Third Avenue
   San Diego, Ca 92103
4  Telephone: (619) 243-7333
   Facsimile: (619) 243-7343
5
6  Attorney for Defendant

7
8             UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
9

10 UNITED STATES OF AMERICA,    ) CASE NO. 07 mj 1772
                                )
11                              )
                                )
12      Plaintiff,              )
                                )
13 v.                           )
                                )
14 JOSE SOTO-ESPINOZA,          )
                                )
15                              )
        Defendant.              )
16 _____)

17                    **NOTICE OF APPEARANCE**

18      NOW COMES James J. Warner, 3233 Third Avenue, San Diego, CA
19 92103 and enters his appearance on behalf of the Defendant in
20 the above encaptioned matter, JOSE SOTO-ESPINOZA.
21
22 DATED at San Diego, California this 16th day of November, 2007.
23
24                                  s/James Warner
                                 __ Attorney for Defendant
25
26
27
28
                                1
                        Notice of Appearance

```
1  JAMES J. WARNER, Esq. CSBN 63137
   Law Offices of James J. Warner
2  3233 Third Avenue
   San Diego, CA  92103
3  (619) 243-7333

4  Attorney for Defendant
   JOSE SOTO-ESPINOZA
5
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07 mj 1772 |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE SOTO-ESPINOZA, | ) | |
| | ) | |
| Defendants. | ) | |

_____I hereby certify that on November 16, 2007 I electronically filed defendant's notice of Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the email addressed of the individuals listed on the attached electronic service list.

Dated: November 16, 2007

                                      Respectfully submitted,

                                      s/James J. Warner           _
                                      Attorney for Defendant

1