

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 27, 2008

**By Facsimile**

The Honorable Alvin K. Hellertsein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

   Re: United States v. Jose Soto-Espinoza
      08 Cr. 146 (AKH)

Dear Judge Hellerstein:

  I write respectfully on behalf of the Government in the above-referenced case. The defendant was arraigned on the Indictment before the Honorable Theodore H. Katz on February 25, 2008. I respectfully request that the Court schedule an initial pretrial conference in this matter for March 17, 2008, at 10:00 a.m., which I understand to be an available time for Your Honor.

  I further respectfully request that the Court exclude time until the initial pretrial conference, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), to permit the Government to compile and produce discovery. The ends of justice served by such an exclusion of time outweigh the best interest of the public and the defendant in a speedy trial. Defense counsel consents to this exclusion of time.

              Respectfully submitted,

              MICHAEL J. GARCIA
              United States Attorney

          By:        
             John P. Cronan
             Assistant United States Attorney
             Tel.: (212) 637-2779
             Fax: (212) 637-2937

cc: James J. Warner, Esq.
   *By facsimile*

[Handwritten annotation: The conf. is adjourned, and time is excluded, to March 17, 2008, 10:00 a.m. 2/29/08]

TOTAL P.02