UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v.-

JOSE SOTO-ESPINOZA, and
JORGE GONZALEZ,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

S1 08 Cr. 146 (AKH)

NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY
ARIANNA R. BERG ON BEHALF OF THE UNITED STATES

The Government respectfully submits this Notice that the undersigned Assistant United States Attorney is representing the Government in the above-referenced matter.

Dated: New York, New York
       March 25, 2008

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

         By:    s/Arianna Berg
                 Arianna R. Berg
                 Assistant United States Attorney
                 United States Attorney's Office,
                 Southern District of New York
                 One St. Andrew's Plaza
                 New York, New York 10007
                 (212) 637-2551 (phone)
                 (212) 637-2937 (fax)

CERTIFICATE OF SERVICE

Arianna R. Berg deposes and says:

That she is employed in the Office of the United States Attorney for the Southern District of New York; and

That on March 25, 2008, she caused to be served a copy of the foregoing NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY ARIANNA R. BERG ON BEHALF OF THE UNITED STATES by electronic filing notification:

Deveraux Cannick, Esq.
69-06 Grande Avenue
Maspeth, New York 11378

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. Section 1746.

s/Arianna Berg
Arianna R. Berg

Executed on: March 25, 2008
New York, New York